IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANDREW DURHAM**, on behalf of himself and all others similarly situated, | ) )  Case No. 3:22-cv-07526-GC-DEA ) |
| Plaintiff, | ) ) |
| v. | )  **STIPULATION TO DISMISS** )  **WITHOUT PREJUDICE** ) |
| **THE DALLAS GROUP OF AMERICA, INC.,** | ) ) ) ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, Plaintiff Andrew Durham and Defendant The Dallas Group Of America, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed in its entirety, without prejudice.

Respectfully submitted,

s/ Ravi Sattiraju
Ravi Sattiraju (N.J. Bar No. 035251998)
**SATTIRAJU & THARNEY, LLP**
50 Millstone Road
Building 300, Suite 202
East Windsor, NJ 08520
Telephone: (609) 469-2110
Facsimile: (609) 228-5649
Email: rsattiraju@s-tlawfirm.com

s/ Wm. Bruce Stanfill *(with permission)*
Michael J. Marone (NJ Bar # 017601987)
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1300 Mount Kemble Ave.
Morristown, NJ 07962
Telephone: (973) 993-8100
Facsimile: (973) 425-0161
Email: mmarone@mdmc-law.com

It is so ordered this 28th day of March, 2023.

*Georgette Castner*
Georgette Castner, U.S.D.J.

1

| | |
|---|---|
| Robi J. Baishnab (OH Bar 0086195)*<br>**NILGES DRAHER LLC**<br>1360 E. 9th St, Suite 808<br>Cleveland, OH 44114<br>Telephone: (216) 230-2955<br>Facsimile: (330) 754-1430<br>Email: rbaishnab@ohlaborlaw.com<br><br>Shannon M. Draher (OH Bar 0074304)*<br>**NILGES DRAHER LLC**<br>7034 Braucher St NW, Suite B<br>North Canton, OH 44720<br>Telephone: (330) 470-4428<br>Facsimile: (330) 754-1430<br>Email: sdraher@ohlaborlaw.com<br><br>*Attorneys Representative Plaintiff*<br><br>*\*admitted pro hac vice* | Scott D. Marrs, Esq.*<br>Wm. Bruce Stanfill, Esq.*<br>**Akerman LLP**<br>1300 Post Oak Blvd., Suite 2300<br>Houston, Texas 77056<br>Telephone: 713-623-0887<br>Facsimile: 713-960-1527<br>Email: scott.marrs@akerman.com<br>Email: william.stanfill@akerman.com<br><br>*Attorneys for Defendant,*<br>*The Dallas Group of America, Inc.*<br><br>*\*admitted pro hac vice* |